**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **BRUCE T. MALONE** | **CIVIL ACTION NO. 3:17-CV-853** |
| **VS.** | **SECTION P** |
| | **JUDGE ELIZABETH E. FOOTE** |
| **JIM TUTEN, ET AL.** | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 16], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that the Motion to Summon Allen Mayes and Robert William [Record Document 13] is **DENIED**.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this _16th_ day of _November_, 2017.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE